UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES F AMERICA,

                Plaintiff,        ORDER

     v.                            06-CR-6113L

ANGEL FRANCO,

                Defendant.

The defendant has filed a Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(2) and the Fair Sentencing Act of 2010, Pub. L.No. 111-220, § 2, 124 Stat. 2372.

IT HEREBY IS ORDERED, that, pursuant to the District Procedures for Retroactive Application of the 2011 Crack Amendment, the United States Probation Office for the Western District of New York shall distribute an Abbreviated Supplemental PreSentence Report to the Court, the United States Attorney's Office, and the Federal Public Defender's Office within 30 days of the entry date of the defendant's motion.

FURTHER, that the United States Attorney's Office shall file a response to the defendant's motion within 30 days of its receipt of the Abbreviated Supplemental PreSentence Report.

FURTHER, that if the United States Attorney's Office files a submission in opposition to the defendant's motion, the Federal Public Defender's Office shall file a reply within 14 days of the United States Attorney's Office's submission.

FURTHER, that oral argument will be scheduled by this Court, if necessary, by separate order.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       April 9, 2012.